VICTOR SHERMAN, ESQ. (SBN: 38483)
LAW OFFICES OF VICTOR SHERMAN
11400 West Olympic Boulevard, Suite 1500
Los Angeles, California 90064

Tel:        (424) 371-5930
Fax:        (310) 392-9029
Email:      victor@victorsherman.law


Attorney for Defendant
RUBEN CORTEZ-ROCHA

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:18-cr-00246-DAD-BAM |
| Plaintiff, | |
| vs. | **WAIVER OF DEFENDANT'S PERSONAL PRESENCE; ORDER THEREON** |
| RUBEN CORTEZ-ROCHA, | |
| Defendant. | |

Pursuant to Fed. R. Crim. P. 43(b)(3), defendant, Ruben Cortez-Rocha, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this Waiver.

Defendant agrees that his interests shall be represented at all times by the presence of his attorneys of record the same as if defendant were personally present, and requests that this Court allow his attorneys-in-fact to represent his interests at all times. Defendant further agrees that notice to defendant's attorney that defendant's presence is required will be deemed notice to the defendant of the requirement of his appearance at same time and place.

This request is made because it is very difficult for defendant to make the trip from Los Angeles to Fresno because of financial reasons.

DATED:  January 24, 2019                              respectfully submitted,


By:    /s/Ruben Cortez-Rocha
       RUBEN CORTEZ-ROCHA
       Defendant



By:    /s/Victor Sherman
       VICTOR SHERMAN
       Attorney for Defendant
       Ruben Cortez-Rocha


## **ORDER**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

Dated:  **February 4, 2019**          /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE