VICTOR SHERMAN, ESQ. (SBN: 38483)
LAW OFFICES OF VICTOR SHERMAN
11400 West Olympic Boulevard, Suite 1500
Los Angeles, California 90064

Tel: (424) 371-5930
Fax: (310) 392-9029
Email: ssvictor@aol.com

Attorney for Defendant
RUBEN CORTEZ-ROCHA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA, ) | Case No. 1:18-cr-00246-DAD-BAM |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| RUBEN CORTEZ-ROCHA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

GOOD CAUSE APPEARING THEREFOR;

IT IS HEREBY ORDERED that Defendant, Ruben Cortez-Rocha's pretrial release conditions shall be modified as follows to allow him to apply for a job at an employment agency in La Habra, California, and to be able to attend job interviews:

1. Defendant's curfew shall be from 7:00 p.m. to 7:00 a.m.; and

2. Defendant shall contact his Pretrial Services Officer during the day to inform his Officer of his whereabouts.

All other conditions of Defendant's pretrial release shall remain in full force and effect.

IT IS SO ORDERED.

1

Dated: **March 19, 2019**   /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE