| | |
|---|---|
| McGREGOR W. SCOTT<br>United States Attorney<br>ANGELA L. SCOTT<br>Assistant United States Attorney<br>2500 Tulare Street, Suite 4401<br>Fresno, CA 93721<br>Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099<br><br>Attorneys for Plaintiff<br>United States of America | |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>RUBEN CORTEZ-ROCHA,<br>JOSE LOZANO,<br> aka "Junior"<br>SADOL DIAZ-BELTRAN, and<br>RICARDO ZEPEDA-NAVARRO,<br><br>                Defendants. | CASE NO. 1:18-CR-00246-DAD-BAM<br><br>AMENDED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>CURRENT DATE: May 13, 2019<br>CURRENT TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe<br><br>PROPOSED DATE: August 26, 2019<br>PROPOSED TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants RUBEN CORTEZ-ROCHA ("CORTEZ-ROCHA"), by and through his counsel of record, Victor Sherman, JOSE LOZANO ("LOZANO"), by and through his counsel of record, Eric Kersten, SADOL DIAZ-BELTRAN ("DIAZ-BELTRAN"), by and through his counsel of record, Roger Wilson, and RICARDO ZEPEDA-NAVARRO ("ZEPEDA-NAVARRO"), by and through his counsel of record, George Rosenstock, hereby stipulate as follows:

1. On December 3, 2018, defendants LOZANO and ZEPEDA-NAVARRO made their initial appearances and were arraigned on the indictment. Time was excluded under the Speedy Trial

1

1 | Act until their detention hearing on December 5, 2018.  Doc. 12.

2. At a detention hearing on December 5, 2018, defendant ZEPEDA-NAVARRO was ordered detained.  The Court set a status conference for February 11, 2019, and excluded the time from December 5, 2018, through February 11, 2019 under the Speedy Trial Act.  Doc. 20.

3. At a detention hearing on December 5, 2018, defendant LOZANO was released on conditions.  The Court set a status conference for February 11, 2019, and excluded the time from December 5, 2018, through February 11, 2019 under the Speedy Trial Act.  Doc.23.

4. On December 10, 2018, defendant CORTEZ-ROCHA was arraigned and released on conditions.  The Court set a status conference for February 11, 2019, and excluded the time from December 10, 2018, through February 11, 2019 under the Speedy Trial Act.  Doc. 28.

5. On December 10, 2018, defendant DIAZ-BELTRAN was arraigned and released on conditions.  The Court set a status conference for February 11, 2019, and excluded the time from December 10, 2018, through February 11, 2019 under the Speedy Trial Act.  Doc. 29.

6. At the status conference on February 11, 2019, the Court set a further status conference on May 13, 2019, and excluded time from February 11, 2019, through May 13, 2019.  Doc. 50.

7. On April 25, 2019, the Court issued the order substituting attorney George Rosenstock as attorney of record for defendant ZEPEDA-NAVARRO.  Doc. 57

8. By this stipulation, the parties now move to continue the status conference until August 26, 2019, at 1:00 p.m. and to exclude time between May 13, 2019, and August 26, 2019, inclusive, under the Speedy Trial Act, 18 U.S.C.§ 3161(h)(7)(A), B(iv).

9. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes over 100 pages of reports and photographs, as well as over 40 audio recordings, many of which are in a foreign language.  This discovery has been produced directly to counsel.

    b) Counsel for defendants desire additional time to review the current charges, to review the discovery, to conduct research and investigation related to the charges and potential pretrial motions, and to consult with their clients.  Notably, Mr. Rosenstock only recently joined the case.

    c)  Counsel for defendants have various conflicts in other cases between now and the proposed August 26, 2019 status conference that would not reasonably permit them to try this case any time between now and August 26, 2019.

    d)  Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    e)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

    f)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of May 13, 2019 to August 26, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

  10.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated: May 9, 2019            McGREGOR W. SCOTT
                       United States Attorney

                       /s/ ANGELA L. SCOTT
                       ANGELA L. SCOTT
                       Assistant United States Attorney

| | | |
|---|---|---|
| Dated: May 9, 2019 | | /s/ per email authorization |
| | | VICTOR SHERMAN |
| | | Counsel for Defendant |
| | | RUBEN CORTEZ-ROCHA |

Dated: May 9, 2019            /s/ per email authorization
                                                ERIC KERSTEN
                                                Counsel for Defendant
                                                JOSE LOZANO

Dated: May 9, 2019            /s/ per email authorization
                                                ROGER WILSON
                                                Counsel for Defendant
                                                SADOL DIAZ-BELTRAN

Dated: May 9, 2019            s/ per email authorization
                                                GEORGE ROSENSTOCK
                                                Counsel for Defendant
                                                RICARDO ZEPEDA-NAVARRO

## **FINDINGS AND ORDER**

Pursuant to the parties' stipulation and good cause shown, IT IS HEREBY ORDERED that the 2nd Status Conference is continued from May 13, 2019 to **August 26, 2019 at 1:00 PM before Magistrate Judge Barbara A. McAuliffe**. It is further ORDERED that the time period between May 13, 2019, and August 26, 2019, inclusive, is excluded from the calculation under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) for the reasons stated in the parties' stipulation.

IT IS SO ORDERED.

Dated: **May 9, 2019**            /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE