VICTOR SHERMAN (SBN 38483)
LAW OFFICES OF VICTOR SHERMAN
11400 West Olympic Boulevard, Suite 1500
Los Angeles, California 90064

Telephone (310) 399-3259
Facsimile (310) 392-9029
Email: victor@victorsherman.law

Attorney for Defendant
RUBEN CORTEZ-ROCHA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:18-cr-00246-DAD-BAM |
| Plaintiff, | ) ) ) | **EX PARTE APPLICATION FOR AMENDED ORDER TO MODIFY DEFENDANT'S BOND; DECLARATION OF VICTOR SHERMAN; ORDER** |
| V. | ) ) ) | |
| RUBEN CORTEZ-ROCHA, | ) ) | |
| Defendant. | ) ) | |

Defendant, Ruben Cortez-Rocha, by and through his counsel of record, Victor Sherman, hereby applies *Ex Parte* to this Honorable Court for an Amended Order to modify the conditions of his bond.

This motion is based upon the files and records in this case and the attached Declaration of Victor Sherman.

DATED: June 5, 2019                    Respectfully submitted,


                                       /s/Victor Sherman
                                   By: _____
                                       VICTOR SHERMAN
                                       Attorney for Defendant
                                       Ruben Cortez-Rocha

1

# DECLARATION OF VICTOR SHERMAN

I, Victor Sherman, declare as follows:

1. I am attorney at law duly licensed to practice before this Honorable Court, and represent the defendant, Ruben Cortez-Rocha, in the above-entitled matter.

2. Currently, the defendant's bond has been modified to a curfew of 7:00 p.m. to 7:00 a.m. for employment purposes and the defendant must notify his supervising officer, Brenda Mercado, of his whereabouts.

3. Since the defendant has not secured new gainful employment, defense counsel would like the defendant's bond to be modified so as to allow his pretrial service officer to adjust his restrictions for medical, religious services, employment, or court ordered obligations, as the officer deems appropriate.

4. Defense counsel has spoken to the Assistant United States Attorney, Angela Scott, who agrees with the above request for modification.

5. Defense counsel has also been in contact with the defendant's pretrial service officers, Brenda Mercado, in the Central District of California, and pretrial service officer, Frank Guerrero, in the Eastern District of California, who indicated that this modification is at their request.

6. Therefore, it is respectfully requested that the Court issue an Order for the defendant's bond to be modified for medical, religious services, employment, or court ordered obligations as the pretrial officer deems appropriate, and will adjust his restrictions. All other conditions of the bond are to remain in full force and effect.

1  I declare under penalty of perjury that the foregoing is true and correct.

2  Dated this 5th day of June, 2019 at Los Angeles, California.

                              /s/Victor Sherman

                              _____
                              VICTOR SHERMAN

VICTOR SHERMAN (SBN 38483)
LAW OFFICES OF VICTOR SHERMAN
11400 West Olympic Boulevard, Suite 1500
Los Angeles, California 90064

Telephone (310) 399-3259
Facsimile (310) 392-9029
Email: victor@victorsherman.law

Attorney for Defendant
RUBEN CORTEZ-ROCHA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> V. <br> RUBEN CORTEZ-ROCHA, <br> Defendant. | Case No. 1:18-cr-00246-DAD-BAM <br><br> **ORDER** |

GOOD CAUSE APPEARING THEREFOR;

IT IS HEREBY ORDERED that the defendant's bond to be modified so as to allow his pretrial service officer to adjust his restrictions for medical, religious services, employment, or court ordered obligations, as the pretrial officer deems appropriate.

IT IS SO ORDERED.

Dated: **June 5, 2019**          /s/ *Barbara A. McAuliffe*
                                 UNITED STATES MAGISTRATE JUDGE

4