VICTOR SHERMAN (SBN 38483)
LAW OFFICES OF VICTOR SHERMAN
11400 West Olympic Boulevard, Suite 1500
Los Angeles, California 90064

Telephone (310) 399-3259
Facsimile (310) 392-9029
Email: victor@victorsherman.law

Attorney for Defendant
RUBEN CORTEZ-ROCHA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:18-CR-00246-DAD-BAM |
|---|---|
| Plaintiff, | **EX PARTE APPLICATION FOR ORDER TO MODIFY DEFENDANT'S BOND; DECLARATION OF VICTOR SHERMAN; ORDER** |
| v. | |
| RUBEN CORTEZ-ROCHA, | |
| Defendant. | |

Defendant, Ruben Cortez-Rocha, by and through his attorney of record, Victor Sherman, hereby applies *Ex Parte* to this Honorable Court for an Order to modify the conditions of his bond.

This motion is based upon the files and records in this case, and the attached Declaration of Victor Sherman.

Date: July 8, 2019                    Respectfully submitted:

                                        LAW OFFICES OF VICTOR SHERMAN

                              By    */s/Victor Sherman*
                                        VICTOR SHERMAN
                                        Attorney for Defendant
                                        Ruben Cortez-Rocha

# **DECLARATION OF VICTOR SHERMAN**

I, Victor Sherman, declare as follows:

1. I am attorney at law duly licensed to practice before this Honorable Court, and represent the defendant, Ruben Cortez-Rocha, in the above-entitled matter.

2. The Court previously imposed that the defendant be provided with an electronic monitoring device, along with curfew conditions. Having successfully abided by all conditions of bail since October, 2018, counsel is requesting that the electronic monitoring device be removed and that defendant's pretrial service officer, Brenda Mercado, be given the discretion to decide as to whether or not a curfew should be imposed, and, if so, what the hours should be.

3. Defense counsel has spoken with Assistant United States Attorney, Angela Scott, who does not oppose the above request for bond modification.

4. Therefore, it is respectfully requested that the Court issue an Order for the defendant's bond be modified to have his electronic monitoring device removed, and for his pretrial service officer to decide as to whether or not a curfew should be imposed. All other terms and conditions of the bond are to remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 8th day of July, 2019 at Los Angeles, California.

/s/Victor Sherman

_____
VICTOR SHERMAN

VICTOR SHERMAN (SBN 38483)
LAW OFFICES OF VICTOR SHERMAN
11400 West Olympic Boulevard, Suite 1500
Los Angeles, California 90064

Telephone (310) 399-3259
Facsimile (310) 392-9029
Email: victor@victorsherman.law

Attorney for Defendant
RUBEN CORTEZ-ROCHA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:18-CR-00246-DAD-BAM |
| Plaintiff, | **ORDER** |
| v. | |
| RUBEN CORTEZ-ROCHA, | |
| Defendant. | |

GOOD CAUSE APPEARING THEREFOR;

IT IS HEREBY ORDERED that the defendant's bond be modified to have his electronic monitoring device removed, and that defendant's Pretrial Service Officer, Brenda Mercado, be given the discretion to decide whether or not a curfew should be imposed, and, if so, what the curfew hours should be.

IT IS SO ORDERED.

Dated: **July 18, 2019**     /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

3