VICTOR SHERMAN (SBN 38483)
LAW OFFICES OF VICTOR SHERMAN
11400 West Olympic Boulevard, Suite 1500
Los Angeles, California 90064
Telephone (310) 399-3259

Facsimile (310) 392-9029
Email: victor@victorsherman.law

Attorney for Defendant
RUBEN CORTEZ-ROCHA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RUBEN CORTEZ-ROCHA,<br><br>　　　　　Defendant. | Case No.: 1:18-CR-00246-DAD-BAM<br><br>**FINDINGS AND ORDER** |

Pursuant to the parties' Stipulation and good cause shown, IT IS HEREBY ORDERED that the status conference, currently set for February 11, 2020, is hereby vacated as to defendant RUBEN CORTEZ-ROCHA. It is further ORDERED that a Change of Plea hearing be set for RUBEN CORTEZ-ROCHA on March 2, 2020 at 10:00a.m. before the Honorable Dale A. Drozd, and that the time period between January 15, 2020 and March 2, 2020, inclusive, is excluded from the calculation

///

///

///

1

under the Speedy Trial Act Pursuant to 18 U.S.C.§3161(h)(7)(A), B(i) and (iv) for the reasons stated in the parties' stipulation.

IT IS SO ORDERED.

Dated: **January 9, 2020**         /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE