VICTOR SHERMAN (SBN 38483)
LAW OFFICES OF VICTOR SHERMAN
11400 West Olympic Boulevard, Suite 1500
Los Angeles, California 90064
Telephone (310) 399-3259
Facsimile (310) 392-9029
Email: victor@victorsherman.law

Attorney for Defendant
RUBEN CORTEZ-ROCHA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RUBEN CORTEZ-ROCHA,<br><br>　　　　Defendant. | Case No.: 1:18-CR-00246-DAD-BAM<br><br>**ORDER** |

Pursuant to the parties' Stipulation and good cause shown, IT IS HEREBY ORDERED that the defendant's bond be modified as follows:

Defendant must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.  You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

All other requirements of the defendant's bond shall remain in force and effect.

IT IS SO ORDERED.

1

Dated: **June 10, 2020**                    /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE