VICTOR SHERMAN (SBN 38483)
LAW OFFICES OF VICTOR SHERMAN
11400 West Olympic Boulevard, Suite 1500
Los Angeles, California 90064
Telephone (310) 399-3259

Facsimile (310) 392-9029
Email: victor@victorsherman.law

Attorney for Defendant
RUBEN CORTEZ-ROCHA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:18-CR-00246-DAD-BAM |
| ) | |
| Plaintiff, ) | **ORDER REQUIRING THE** |
| ) | **PROBATION OFFICE TO** |
| v. ) | **PREPARE A PRE-PLEA REPORT** |
| ) | |
| RUBEN CORTEZ-ROCHA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

GOOD CAUSE APPEARING,

ITS IS HEREBY ORDERED that the Probation Office prepare a Pre-Plea Report, including an interview of the defendant, consistent with its normal operating procedures.

IT IS SO ORDERED.

Dated:  **October 8, 2020**          *Dale A. Drozd*
                                                                    UNITED STATES DISTRICT JUDGE

1