PHILLIP A. TALBERT
United States Attorney
LAURA JEAN BERGER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00246-ADA-BAM |
|---|---|
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| RUBEN CORTEZ-ROCHA, and JOSE LOZANO, | |
| Defendants. | |

Based upon the plea agreements entered into between plaintiff United States of America and defendants Ruben Cortez-Rocha and Jose Lozano, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. Pursuant to 21 U.S.C. § 853(a), defendants Ruben Cortez-Rocha and Jose Lozano's interests in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. Black Smith & Wesson 9mm handgun and ammunition found in the Jeep Cherokee on October 17, 2018.

2. The above-listed asset is property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation, or is property used, or intended to

1    be used, in any manner or part, to commit, or to facilitate the commission of, a violation of 21

2    U.S.C. §§ 846 and 841(a)(1).

3    3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized

4    to seize the above-listed property. The aforementioned property shall be seized and held by the

5    U.S. Customs and Border Protection in their secure custody and control.

6    4. a. Pursuant to 21 U.S.C. § 853(n), and Local Rule 171, the United States shall

7    publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney

8    General's (or a designee's) intent to dispose of the property in such manner as the Attorney

9    General may direct shall be posted for at least thirty (30) consecutive days on the official internet

10    government forfeiture site www.forfeiture.gov. The United States may also, to the extent

11    practicable, provide direct written notice to any person known to have alleged an interest in the

12    property that is the subject of the order of forfeiture as a substitute for published notice as to those

13    persons so notified.

14    b. This notice shall state that any person, other than the defendant, asserting a

15    legal interest in the above-listed property, must file a petition with the Court within sixty (60)

16    days from the first day of publication of the Notice of Forfeiture posted on the official

17    government forfeiture site, or within thirty (30) days from receipt of direct written notice,

18    whichever is earlier.

19    5. If a petition is timely filed, upon adjudication of all third-party interests, if any,

20    this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all

21    interests will be addressed.

22

23

24    IT IS SO ORDERED.

25    Dated:    November 23, 2022           _____

26                                               UNITED STATES DISTRICT JUDGE

27

28