PHILLIP A. TALBERT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:18-CR-00246-ADA-BAM-1 |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE SENTENCING; ORDER |
| RUBEN CORTEZ-ROCHA, | CURRENT DATE:  February 21, 2023 TIME:  8:30 AM |
| Defendant. | COURT: Hon. Ana de Alba |

By previous order this matter was set for sentencing on February 21, 2023.  Due to recent events involving the defendant's state criminal case, the parties have agreed and hereby stipulate to continue the defendant's sentencing hearing.  The parties have conferred and request the sentencing hearing be continued from February 21, 2023, to May 22, 2023.

Dated: February 1, 2023                    PHILLIP A. TALBERT
                                           United States Attorney

                                           /s/ JESSICA A. MASSEY
                                           JESSICA A. MASSEY
                                           Assistant U.S. Attorney

Dated:  February 1, 2023                   /s/ VICTOR SHERMAN
                                           VICTOR SHERMAN
                                           Counsel for Defendant

1

IT IS SO ORDERED.

    Dated:   February 2, 2023   

                              UNITED STATES DISTRICT JUDGE